IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON CARTER,** | : CIVIL ACTION |
| *Plaintiff,* | : |
| v. | : No. 18-1918 |
| **TVI, INC.,** | : |
| *Defendant.* | : |

## ORDER

**AND NOW,** this 11th day of March, 2019, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs. The Court of Clerk is directed to mark this action closed.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**